HONORABLE KYMBERLY K. EVANSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

LANEA KALCSO & LAWRENCE KALCSO,

Plaintiff,

vs.

FORD MOTOR COMPANY,

Defendant.

CASE NO. 2:25-CV-00971-KKE

**ORDER GRANTING STIPULATED MOTION TO EXTEND FORD MOTOR COMPANY'S TIME TO ANSWER OR OTHERWISE PLEAD**

THIS MATTER came before this Court on a stipulated motion of Ford Motor Company to extend its time to answer or otherwise plead.  The Court has considered the following:

1.    Stipulated Motion of Ford Motor Company to Extend Time to Answer or Otherwise Plead;

Now being fully advised on the matter and for good cause shown:

IT IS HEREBY ORDERED that Ford Motor Company's Motion is GRANTED.  The deadline for Ford Motor Company to answer or otherwise plead in this matter will be July 11, 2025.

ORDER EXTENDING TIME OF FORD MOTOR
COMPANY TO ANSWER OR OTHERWISE PLEAD - 1
CASE NO. 2:25-CV-00971-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

1   Dated this 30th day of May, 2025.

2

3

4

5
_____
6   UNITED STATES DISTRICT JUDGE
    Hon. Kymberly K. Evanson
7

8

9   Presented by:

10  **BAKER & HOSTETLER LLP**

11

12  *s/ Cornelia Brandfield-Harvey*
    Cornelia Brandfield-Harvey, WSBA #59746
13  999 Third Avenue, Suite 3900
    Seattle, WA 98104
14  T: 206-332-1380
    cbrandfieldharvey@bakerlaw.com
15

16

17  *Attorney for Defendant Ford Motor Co.*

18

19

20

21

22

23

24

25

26

27

ORDER EXTENDING TIME OF FORD MOTOR            BAKER & HOSTETLER LLP
COMPANY TO ANSWER OR OTHERWISE PLEAD - 2      999 Third Avenue, Suite 3900
CASE NO. 2:25-CV-00971-KKE                    Seattle, WA  98104-4076
                                              Telephone:  (206) 332-1380

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2025, a true and correct copy of the foregoing document was served via e-mail to Plaintiff's counsel below:

George Stanley
Armig Khodanian
Prestige Legal Solutions, P.C.
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Phone:  206-581-2665
gstanley@plsfirm.com
akhodanian@plsfirm.com

*Attorneys for Plaintiff*

*s/ Cheryl A. Phillips*
Cheryl A. Phillips
Legal Assistant to Cornelia Brandfield-Harvey

ORDER EXTENDING TIME OF FORD MOTOR
COMPANY TO ANSWER OR OTHERWISE PLEAD - 3
CASE NO. 2:25-CV-00971-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380